# United States District Court

SOUTHERN  DISTRICT OF  FLORIDA

UNITED STATES OF AMERICA

V.

ALEX TORRENTE, a/k/a "Porky," "Neck"

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6088
CR-UNGARO-BENAGES

MAGISTRATE JUDGE
BROWN

FILED by ___
APR - 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest  ALEX TORRENTE, a/k/a "Porky," "Neck"
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to commit RICO, ; Interstate Gambling, Theft from Interstate Shipment

in violation of Title 18 United States Code, Section(s)  659, 1955, 1962(d)

CLARENCE MADDOX
Name of Issuing Officer

[signature: Jenny Butler]
Signature of Issuing Officer

mjd  $100,
Bail fixed at $50,000 Corporate Surety Bond

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

04/04/00   FORT LAUDERDALE, FLORIDA
Date and Location

[signature: Lurana S. Snow]
LURANA S. SNOW
by CHIEF UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ALEX TORRENTE, a/k/a "Porky," "Neck"

ALIAS: _____

LAST KNOWN RESIDENCE: 6651 S.W. 127 Path, Miami, Florida

LAST KNOWN EMPLOYMENT: Miami Express Courier & Trial Exhibits, 10421 N.W. 28 Street, Unit 115, Dade County, Florida

PLACE OF BIRTH: _____

DATE OF BIRTH: 08/08/63

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: FBI, S/A Darin Sachs, 16320 N.W. 2nd Avenue, North Miami Beach, FL 33169