UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. Ungaro Benages |
|---|---|
| Plaintiff | 00-6088 CR |
| v. Alex Torrente | REPORT COMMENCING CRIMINAL ACTION |
| Defendant | #62453-004 |

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 05/02/00  9:15 am
2. Spoken language: English
3. Offense(s) charged: _____
4. U.S. Citizen  [✓] YES  [ ] NO  [ ] UNKNOWN
5. Date of birth: 08/08/1963
6. Type of charging document: (Check One)

   [X] INDICTMENT      [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. _____   CASE NO. _____
   DISTRICT: Southern District of Florida  (Where warrant or complaint is filed.)

   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER:  [✓] YES  [ ] NO

   AMOUNT OF BOND. _____
   WHO SET BOND. _____

7. REMARKS: _____

8. DATE: 05/02/2000     9. Arthur W. Hopewell
                           ARRESTING OFFICER
10. AGENCY: FBI         11. 305 944-9101
                           PHONE NO.

SCANNED

## United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

ALEX TORRENTE, a/k/a "Porky," "Neck"

**WARRANT FOR ARREST**

CASE NUMBER: 00-6088-CR-UNGARO-BENAGES

MAGISTRATE JUDGE BROWN

FILED by _____ D.C.
APR 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   ALEX TORRENTE, a/k/a "Porky," "Neck"
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to commit RICO; Interstate Gambling, Theft from Interstate Shipment

in violation of Title 18 United States Code, Section(s)   659, 1955, 1962(d)

CLARENCE MADDOX                              COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                      Title of Issuing Officer

/s/ Jenny Butler                             04/04/00     FORT LAUDERDALE, FLORIDA
Signature of Issuing Officer                 Date and Location

mjb  $100,                                   /s/ Lurana S. Snow
Bail fixed at $~~50~~,000 Corporate Surety Bond   by CHIEF LURANA S. SNOW UNITED STATES MAGISTRATE JUDGE
                                                 Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

INFORMATION COPY ONLY
MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL

AO 442 (Rev. 12/85) Warrant for Arrest

DEFENDANT'S NAME:    ALEX TORRENTE, a/k/a "Porky," "Neck"

ALIAS: _____

LAST KNOWN RESIDENCE:  6651 S.W. 127 Path, Miami, Florida

LAST KNOWN EMPLOYMENT:  Miami Express Courier & Trial Exhibits, 10421 N.W. 28 Street, Unit 115, Dade County, Florida

PLACE OF BIRTH: _____

DATE OF BIRTH:  08/08/63

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS:    FBI, S/A Darin Sachs, 16320 N.W. 2nd Avenue, North Miami Beach, FL 33169