UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088 CR-Ungaro-Benages

UNITED STATES OF AMERICA,

v.

Alex Torrente

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

COMES NOW _Tony Marin_ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as **preparing and filing documents necessary to collateralize any personal surety bond which may be set.**

Counsel's Name (Printed) _Tony Marin_

Counsel's Signature _[signature]_

Address _2100 Coral Way #305_
_Miami, Fla_  ZIP CODE: _33145_

Telephone _(305) 857-0209_

SCANNED