kohrgcnsl.        UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,
vs.                                    **ORDER ON HEARING TO**
ALEX TORRENTE                          **REPORT RE COUNSEL**

_____

   The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

   _____ Private counsel_____ appeared in open court and is noted as permanent counsel of record.

   _____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

   _____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

   ___✓___ The defendant requested further time to retain counsel and shall appear before the Court on __5-9-00__ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date. + ARRAIGNMENT

   **DONE AND ORDERED** at Miami, Florida this 5th day of May, 2000.

TAPE NO. 00C-36-193
                                       _____
c: AUSA Dittoe                         UNITED STATES MAGISTRATE JUDGE
   Defense Counsel                     BARRY L. GARBER
   Pretrial Services or Probation
   U.S. Marshal

22/71