IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,
vs.
ALEX TORRENTE
A/K/A/ "PORKY"
A/K/A/ "Neck"
    Defendant.
_____/

CASE NO.: 00-CR-6088-UNGARO BENAGES
FL. BAR #: 438383

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of ANTONIO E. MARIN, ESQ., as counsel of record for the Defendant in the above-styled cause. Counsel requests that all pleadings, notices, and/or other papers be sent to said counsel by the Clerk of the above Court.

THIS NOTICE OF APPEARANCE IS FOR PURPOSES OF REPRESENTATION AT TRIAL LEVEL ONLY. COUNSEL REPRESENTATION ENDS AT THE TRIAL LEVEL.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail to the Offices of the U.S. Attorney, and Clerk of the Court, this __ day of MAY 2000.

Respectfully submitted,

ANTONIO E. MARIN, P.A.
2100 CORAL WAY #303
Miami, Florida  33145
(305) 857-0209

BY: _____
ANTONIO E. MARIN, ESQ.