UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA

vs.

ALEX TORRENTE

                    Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : _ON BOND_____

Language: _ENGLISH_____

The above-named Defendant appeared before **Magistrate Judge Barry L. Garber,** where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retainedcounsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**          Address:_____

                        Tel. No:_____

**Defense Counsel:**    Name  :   TONY MARIN

                        Address:   2100 CORAL WAY, #30

                                   MIAMI, FL 33145

                        Tel. No:   857-0209

**Bond Set/Continued:**       $ 50,000 10%; $100,000 PSB

Dated this 9th day of May, 2000.

                        CLARENCE MADDOX, CLERK

                        BY_Karen Sussmann_____
                              Deputy Clerk

c:Clerk for Judge
  U.S. Attorney Michael Dittoe
  Defense Counsel                    TAPE NO. 00C 36
  Pretrial Services                  DIGITAL START NO. 1970
formarra.ign