## *United States District Court*

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ALEX TORRENTE, a/k/a "Porky," "Neck"

**WARRANT FOR ARREST**

CASE NUMBER: 00-6088
CR-UNGARO-BENAGES

TO: The United States Marshal
and any Authorized United States Officer

MAGISTRATE JUDGE
BROWN

YOU ARE HEREBY COMMANDED to arrest ALEX TORRENTE, a/k/a "Porky," "Neck"
Name

FILED by _____ D.C.
DKTG
MAY 1 9 2000
CLARENCE MADDOX
S.D. OF FLA. - MIAMI

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to commit RICO, ; Interstate Gambling, Theft from Interstate Shipment

in violation of Title 18 United States Code, Section(s) 659, 1955, 1962(d)

CLARENCE MADDOX
Name of Issuing Officer

*Jenny Butler*
Signature of Issuing Officer

mjd #100,
Bail fixed at $50,000 Corporate Surety Bond

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

04/04/00  FORT LAUDERDALE, FLORIDA
Date and Location

*Lurana S. Snow*
LURANA S. SNOW
by CHIEF UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ Miami, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/4/2000 | James A. Tassone, USM FOR: FBI | Fred DePompa, SDUSM |
| DATE OF ARREST 5/2/2000 | | |

AO 442 (Rev. 12/85) Warrant for Arrest