UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6088-CR
            UNGARO-BENAGES

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MARCO MINUTO, et al.,

        Defendant,
_____/



FILED by _____ D.C.
DKTG
MAY 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**ORDER
SETTING TRIAL DATE**

    This cause is set for trial the two-week period commencing **JUNE 19, 2000 at 9:00 AM** before the Honorable Ungaro-Benages, at the United States District Court, Eleventh Floor Courtroom, 301 North Miami Avenue, Miami Florida. Calendar call is set for [illegible]

    In the event that motion(s) are pending before the Court at the time of the status conference, the parties shall be prepared to argue, at the Court's discretion, the merits of such motion(s).

    **If the defendant has not obtained counsel, it is the responsibility of the Assistant United States Attorney to notify the defendant of the scheduling dates established by the Court.**

    In each case tried before a jury, each party shall file a copy of proposed voir dire questions and proposed jury instructions three days before commencement of trial.

    In each case tried non-jury, counsel shall present to the Court at the conclusion of the trial, their proposed findings of fact and conclusions of law, supportable by the evidence presented by citations of authorities.

60

All exhibits must be pre-marked. A typewritten list setting forth the numbers and description of each exhibit shall be submitted three days before trial.

All parties are on notice that if this case is not reached during the above calendar period, it will automatically appear on the next and subsequent calendars until reached. You may not be re-noticed. Calendar Calls will be held on the Wednesday preceding the two-week trial period at 1:00 P.M.

DONE AND ORDERED at Miami, Florida, this 23 day of May, 2000.

*[signature]*
URSULA UNGARO-BENAGES

cc: Counsel of record