

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,    CASE NO.: 00-6088Cr-Ungaro-Benages

vs.

ALEX TORRENTE

    Defendant.
_____/

## MOTION FOR PERMISSION TO TRAVEL

COMES NOW, Defendant, ALEX TORRENTE, by and through his undersigned counsel, and respectfully request this Honorable Court for permission to travel outside the continental USA via cruise ship from July 8, 2000 to July 15, 2000.

1. That the defendant is presently out on a $50,000.00 dollar bond with 10% to the court.

2. That the Defendants trial before this Honorable Court is set for February 26, 2001.

3. That the instant request constitutes the Defendant long time planned family vacation and cancellation of which would constitute a great hardship for Defendant and his family.

4. That the Defendant confer with his Probation Officer, Nora Cruz, pursuant to the Pretrial Release conditions and was instructed to get permission directly from this Honorable Court.

Torrente/Mot. To Travel
00-6088cr-Ungaro-Benages

Wherefore we pray this Honorable Court to grant this Motion for limited travel.

Respectfully submitted,

ANTONIO E. MARIN, ESQ.
2100 Coral Way Suite 303
Miami, Florida 33145

BY: _____
    ANTONIO E. MARIN, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered/mailed to the Assistant U.S. Attorney; Michael Dittoe and the Clerk of the Court on this 30th day of June 2000.

BY: _____
    ANTONIO E. MARIN, ESQ.

Cc: Nora Cruz, Probation Officer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

        Plaintiff,        CASE NO. :00-6088Cr-Ungaro-Benages

vs.

ALEX TORRENTE

        Defendant.

_____/

ORDER ON MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE having come on to be heard before me on the Defendant's Motion For Permission to Travel and the Court being fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion is hereby _____.

DONE AND ORDERED Southern District of Florida this ___ day of June 2000.

_____
**U.S. DISTRICT JUDGE**