UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEX TORRENTE,

    Defendant.
_____/



FILED by _____ D.C.

JUL 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ON DEFENDANT'S
## MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE is before the Court on the Defendant Alex Torrente's Motion for Permission to Travel filed on June 30, 2000. The Court hereby requires the Government to respond by **5:00 p.m. on July 6, 2000**.

DONE AND ORDERED in Chambers at Miami, Southern District of Florida, this 5 day of July, 2000.

                                                URSULA UNGARO-BENAGES
                                                UNITED STATES DISTRICT JUDGE

cc:
Antonio E. Marin, Esquire (via facsimile)
Michael Dittoe (AUSA) (via facsimile)