UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,
          Plaintiff,

v.

ALEX TORRENTE,
          Defendant.
_____/

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

The United States of America, through its undersigned attorney respectfully answers the defendant's Motion For Permission to Travel as follows:

1.  Although the defendant's motion does not indicate where the defendant wishes to travel, the government has been informed by the Pretrial Services Officer that the defendant has advised her that he has a planned vacation trip to locations within the Middle District of Florida.



2. On the basis of the information provided to Pretrial Services, the government does not object to the defendant's travel to the Middle District of Florida for the purpose of a vacation.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
J. BRIAN MCCORMICK
ASSISTANT UNITED STATES ATTORNEY
COURT ID# A5500084
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7392, ext. 3578
Fax: (954) 356-7230

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile to the Honorable Judge Ursula Ungaro-Benages chambers and to Antonio E. Marin, Esq. this 6th day of July, 2000. The original will be filed with the clerk's office via Federal Express.

_____
J. Brian McCormick
Assistant United States Attorney

2