UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _GW_ D.C.
JUL 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

      Plaintiff,           CASE NO. :00-6088Cr-Ungaro-Benages

VS.

ALEX TORRENTE

      Defendant.

_____/

### ORDER ON MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE having come on to be heard before me on the Defendant's Motion For Permission to Travel and the Court being fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion is hereby *granted from July 8 through July 15, 2000*

DONE AND ORDERED Southern District of Florida this _7_ day of June 2000.

URSULA UNGARO-BENAGES
**U.S. DISTRICT JUDGE**

cc: Pretrial Services
AUSA
Defense counsel