UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.
JUL 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

    Plaintiff,    CASE NO. :00-6088Cr-Ungaro-Benages

vs.

ALEX TORRENTE

    Defendant.

_____/

### ORDER ON MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE having come on to be heard before me on the Defendant's Motion For Permission to Travel and the Court being fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion is hereby GRANTED AS FOLLOWS: FROM JULY 15, 2000 TO JULY 22, 2000 STAYING AT THE BUCCANEER RESORT IN FORT MYERS BEACH, FLORIDA 1(941)463-5728.

*granted.*

DONE AND ORDERED Southern District of Florida this 14 day of July 2000.

_____
U.S. DISTRICT JUDGE (Ungaro-Benages)