UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO.: 00-6088Cr-UNGARO-BENAGES

VS.

ALEX TORRENTE

Defendant.

_____/

DEFENDANT'S NOTIFICATION OF
CHANGE OF ADDRESS

TO THE CLERK OF THE ABOVE COURT:

You will please enter for the records the following address as the correct address / zip code of the Defendant, in the above-styled cause:

Alex Torrente
13801 SW 109 Street
Miami FL. 33186

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to the United State Attorney's Office, Miami, Florida on this   TH day of NOVEMBER, 2000

Respectfully submitted,

ANTONIO E. MARIN, ESQ.
2100 CORAL WAY
SUITE 303
MIAMI, FL. 33145
PHONE 305-867-0209

ANTONIO E. MARIN, ESQ.