FILED BY _____ MP

01 MAR 28 PM 1:52

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

    Plaintiff,

vs.

    CASE NO.: 00-6088Cr-Ungaro-Benages

ALEX TORRENTE

    Defendant.
_____/

**EMERGENCY MOTION FOR PERMISSION TO TRAVEL**

COMES NOW, Defendant, ALEX TORRENTE, by and through his undersigned counsel, and respectfully request this Honorable Court for permission to travel to Millington Tennessee via car from April 1, 2001 to April, 8, 2001.

1. That the defendant is presently out on a $50,000.00 dollar bond with 10% to the court.

2. That the Defendants sentencing before this Honorable Court is set for June 12th, 2001.

3. That the instant request constitutes the Defendant planned family vacation and cancellation of which would constitute a great hardship for Defendant and his family.

4. That the Defendant confer with his Probation Officer, EVELYN MESA OJEDA, pursuant to the Pretrial Release conditions and was instructed to get permission directly from this Honorable Court.

SCANNED

Torrente/Mot. To Travel
00-6088cr-Ungaro-Benages

Wherefore we pray this Honorable Court to grant this Motion for limited travel.

Respectfully submitted,

ANTONIO E. MARIN, ESQ.
2100 Coral Way Suite 303
Miami, Florida 33145

BY: _____
ANTONIO E. MARIN, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered/mailed/faxed to the Assistant U.S. Attorney; Michael Dittoe and the Clerk of the Court on this __28th__ day of March 2001.

BY: _____
ANTONIO E. MARIN, ESQ.

Cc:   EVELYN MESA-OJEDA, Probation Officer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

        Plaintiff,        CASE NO. :00-6088Cr-Ungaro-Benages

vs.

ALEX TORRENTE

        Defendant.

_____/

ORDER ON MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE having come on to be heard before me on the Defendant's Motion For Permission to Travel and the Court being fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion is hereby GRANTED AS FOLLOWS: FROM APRIL 2, 2001 TO APRIL 8, 2001 STAYING AT THE DAYS INN, IN MILLINGTON, TENNESSEE, _____.

DONE AND ORDERED Southern District of Florida this ___ day of MARCH 2001.

**U.S. DISTRICT JUDGE**