00-6088.o2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6088 CR UUB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALEX TORRENTE
    Defendant.
_____/

## ORDER DENYING EMERGENCY MOTION TO TRAVEL

**This matter** is before this Court on defendant's Emergency Motion to Travel, filed March 28, 2001. The Court has considered the motion and all pertinent materials in the file. The motion was filed on March 28, 2001, seeking permission to travel on April 1, 2001. The purpose of travel was "the Defendant planned family vacation..." (emphasis added). If the purpose of travel was a planned family vacation, why was the motion filed two days before the travel was to commence? In addition, it is clear that defense counsel contacted the probation officer who did not agree with the motion, which obviously would have necessitated further review. Finally, it does not appear that defense counsel contacted the AUSA for his position.

Motions to travel cannot be filed at the last minute to, in effect circumvent judicial review, government input, and a resolution on the merits. The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby

**DENIED.**

**DONE AND ORDERED** this __3rd__ day of April, 2001 at Miami, Florida.

                                            STEPHEN T. BROWN
                                            U.S. MAGISTRATE JUDGE

cc:    Honorable Ursula Ungaro Benages
        Michael J. Dittoe, Esq.
        Antonio E. Marin, Esq.