UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,
    Plaintiff,

VS.                          CASE NO.:00- 00-6088-CR.-UNGARO-BENAGES

ALEX TORRENTE

    Defendant.
_____/

## OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

    COMES NOW, the Defendant, ALEX TORRENTE by and through his undersigned counsel and files this, his objections to the Presentence Investigation Report filed by the U.S. Probation Office on the following basis:

### The Offense Conduct

    a) Pages 4, 5 and 6 paragraph 5, 6, 7, 8, 10, 11, 12, 13: These paragraphs are at best general and not specific in nature and at worse, irrelevant to Mr. Torrente conduct in the offense.

    b) Page 5 paragraph 8: Objection to the characterization of Defendant Alex Torrente as "manager" of a substantial book making operation in South Florida and also having the "assistance" of Marcello Grasso.

    c) Page 6 paragraph 9: Objection to the inference, if one is made, that Mr. Torrente "recruited" Julio Perez.

    d) Page 7 paragraph 14: Objection to the conclusionary opinion that when Mr. Torrente was called by his nickname it was to "avoid detection".

### Rolle Assessment

    a) Page 7 paragraph 16: Objection as to the assertion that Mr. Torrente conducted a "large bookmaking operation in South Florida".

    b) Objection to the statement that Mr. Torrente "was actively involved" in the recruitment of

co-defendant Perez.

c) Objection to the proposition that Mr. Torrente "managed or supervised co-defendants Perez, Hernandez and Ravelo."

d) Objection to a three level enhancement against Mr. Torrente.

### Adjustment for Acceptance of Responsibility

a) Page 8 paragraph 26: He defendant has, as of the date of this response, accepted his responsibility in writing (see writing attached). The defendant promptly pleaded guilty to the indictment pursuant to plea agreement and at that time admitted to the government submission of the facts; Further the defendant has been debriefed at least in two occasions by federal and state agents.

### Offense Level Computation

a) Page 9 paragraphs 27, 28 and 30: Base Offense Level of 4 points, Specific Offense Characteristic of 12 points, and increase of 4 points for an offense involving receipt of stolen property. The aforementioned accounts for a total of 20 offense level points accepted, as stipulated in the plea agreement.

b) Page 9 paragraph 29: Objection to a 2 point increase pursuant to 2B1.1(b)(4)(A) in that it is duplicitous with 2B1.1(b)(4)(B); note that 2B1.1(4)(B) appears to be written in the disjunctive, in order to choose either (A) or (B) but not both. Mr. Torrente pursuant to plea agreement already accepted an increase of 4 points pursuant to 2B1.1(b)(4)(B). (See attached)

### Adjustment Role in the Offense

a) Page 9 paragraph 32: Objection to characterization of Mr. Torrente as a "manager or supervisor" pursuant to 3B1.1(b)

### Adjustment of Acceptance of Responsibility

a) Mr. Torrente is entitled to a 3 point decrease for Acceptance of Responsibility (written acceptance attached)

### Total Offense Level

a) The total offense level count should be 17 points and not 25 points as proposed in this report.

The defendant reserves his right to argue the aforementioned at the time of his sentence.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/hand delivered on this 22nd day of May 2001 to the attached list.

BY: _____
ANTONIO E. MARIN, ESQ.

Maria L. Monge
U.S. Probation Office
300 NE 1st Avenue Room 315
(850)435-8430

Michael Dittoe
Assistant U.S. Attorney
500 East Broward Blvd
Seventh Floor
Ft. Lauderdale, Florida 33301
(954)356-7255

May 21, 2001

In abundance of caution and to fully comply with Section 3F1.1: **Acceptance of Responsibility**, the following is Mr. Alex Torrente. statement regarding the offense in the instant case.

I, Alex Torrente, hereby reiterate my full adoption of the Government proffered proof of the factors describing my involvement in this case as I did the day I entered my plea of guilty to the court. I fully admit that I knowingly and intentionally committed the crime as set forth in the indictment. I performed those acts knowing said acts were illegal. I am very sorry for what I have done and I accept full responsibility for my actions.

_____
Alex Torrente.

Respectfully submitted,

Antonio E. Marin, Esq.
Attorney for Defendant

## PART B - OFFENSES INVOLVING PROPERTY

1. **THEFT, EMBEZZLEMENT, RECEIPT OF STOLEN PROPERTY, AND PROPERTY DESTRUCTION**

*Introductory Commentary*

*These sections address the most basic forms of property offenses: theft, embezzlement, transactions in stolen goods, and simple property damage or destruction. (Arson is dealt with separately in Part K, Offenses Involving Public Safety.) These guidelines apply to offenses prosecuted under a wide variety of federal statutes, as well as offenses that arise under the Assimilative Crimes Act.*

Historical Note. Effective November 1, 1987. Amended effective November 1, 1989 (see Appendix C, amendment 303)

**§2B1.1.  Larceny, Embezzlement, and Other Forms of Theft; Receiving, Transporting, Transferring, Transmitting, or Possessing Stolen Property**

(a)  Base Offense Level: **4**

(b)  Specific Offense Characteristics

  (1)  If the loss exceeded $100, increase the offense level as follows:

  | | Loss (Apply the Greatest) | Increase in Level |
  |---|---|---|
  | (A) | $100 or less | no increase |
  | (B) | More than $100 | add 1 |
  | (C) | More than $1,000 | add 2 |
  | (D) | More than $2,000 | add 3 |
  | (E) | More than $5,000 | add 4 |
  | (F) | More than $10,000 | add 5 |
  | (G) | More than $20,000 | add 6 |
  | (H) | More than $40,000 | add 7 |
  | (I) | More than $70,000 | add 8 |
  | (J) | More than $120,000 | add 9 |
  | (K) | More than $200,000 | add 10 |
  | (L) | More than $350,000 | add 11 |
  | (M) | More than $500,000 | add 12 |
  | (N) | More than $800,000 | add 13 |
  | (O) | More than $1,500,000 | add 14 |
  | (P) | More than $2,500,000 | add 15 |
  | (Q) | More than $5,000,000 | add 16 |
  | (R) | More than $10,000,000 | add 17 |
  | (S) | More than $20,000,000 | add 18 |