UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        ) Case No.
                                 ) 00-6088-Cr-UNGARO-BENAGES
           Plaintiff,            )
                                 )
       -v-                       )
                                 )
ALEX TORRENTE,                   )
                                 ) Miami, Florida
           Defendant.            ) March 2, 2001
_____)

FILED by ___ D.C.
ORIG
MAY 2 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Pages 1-16

TRANSCRIPT OF PLEA COLLOQUY

BEFORE THE HONORABLE URSULA UNGARO-BENAGES

U.S. DISTRICT JUDGE


APPEARANCES:

For the Government           MICHAEL J. DITTOE
                             Assistant U. S. Attorney
                             500 East Broward Boulevard - 7th Floor
                             Fort Lauderdale, Florida   33394-3002


For the Defendant            ANTONIO E. MARIN, ESQ.
                             2100 Coral Way
                             Miami, Florida   33145




Reporter                     WILLIAM G. ROMANISHIN, RMR
(305) 523-5558               Official Court Reporter
                             1104 Federal Courthouse Square
                             301 North Miami Avenue
                             Miami, Florida   33128