```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
                   MIAMI DIVISION
```



UNITED STATES OF AMERICA,

                         Case No. 00-6088-Cr-UNGARO-BENAGE

        Plaintiff,

  vs.                          MIAMI, *FLORIDA*
                            MAY 2, 2000

ALEX TORRENTE &
JULIO PEREZ, et al.,

        Defendants.

---

          TRANSCRIPT OF INITIAL APPEARANCE
      BEFORE THE HONORABLE BARRY L. GARBER,
        UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                        **MICHAEL DITTOE, A.U.S.A.**
                        **UNITED STATES ATTORNEY'S OFFICE**
                        500 East Broward Blvd., 7th Floor
                        Ft. Lauderdale, FL 33301 954/356-7392

FOR THE DEFENDANT:

                        **TONY MARIN, ESQ.**
                        2100 Coral Way, Ste. 305
                        Miami, Florida

REPORTED BY:          **JERALD M. MEYERS, RPR-CM**
                        Official Federal Court Reporter
                        301 North Miami Avenue, 9th Floor
                        Miami, FL  33128-7797 - 305/374-8108

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**