UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES


UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALEX TORRENTE,

        Defendant.

_____/



### GOVERNMENT'S MOTION FOR CONTINUANCE

COMES NOW the United States, and hereby files this motion to continue the sentencing in the above captioned case, and in support thereof submits the following:

1.   Sentencing in this matter is presently set for October 12, 2001.

2.   The undersigned is scheduled to be overseas on government business during the month of October, 2001.

3.   The defendant scheduled to be sentenced is a cooperating defendant who has supplied information to the United States.

4.   The undersigned Assistant United States Attorney (AUSA) is the only AUSA in the office that is fully familiar with the facts of the case, including but not limited to, the nature of the substantial assistance rendered by the defendant.   It is, therefore, in the best interest of all parties for the undersigned AUSA to be present at the sentencing so that he may fully and

completely described the nature and extent of the defendant's cooperation to the Court.

WHEREFORE, the United States moves for a continuance of the above entitled matter until after October 30, 2001

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:

MICHAEL J. DITTOE
Assistant United States Attorney
Court ID #A5500209
500 E. Broward Blvd., 7th Floor
Ft. Lauderdale, FL 33394
Telephone: (954) 356-7255
Fax: (954) 356-7230

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed, this  25th  day of September, 2001, to:

Antonio Marin, Esquire
1699 SW 27th Avenue, Suite 301
Miami, FL 33145

MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY

2