UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEX TORRENTE,

    Defendant.
_____/



### ORDER

This matter is before the Court on the Motion of the United States to continue the sentencing hearing in the above captioned matter scheduled for October 12, 2001.

After careful consideration,

It is hereby ORDERED that the motion of the United States is GRANTED.

It is further ordered that the sentencing hearing on this matter is re-set for NOVEMBER 21, 2001 @ 9:30 A.M. ALL OBJECTIONS TO THE P.S.R. MUST BE FILED NO LATER THAN OCTOBER 26, 2001.

Dated this 28 day of OCTOBER 2001

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT COURT JUDGE

Copies to:

    Antonio Marin, Esquire
    1699 SW 27th Avenue, Suite 301
    Miami, FL 33145

    Michael J. Dittoe, AUSA
    U.S. Attorney's Office
    Ft. Lauderdale, FL 33394

PROBATION