UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO.00-6088-CR-Ungaro-Benages |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALEX TORRENTE, ) | **GOVERNMENT'S MOTION FOR** |
| ) | **DEPARTURE FROM GUIDELINES** |
| Defendant. ) | **BASED UPON THE DEFENDANT'S** |
| ) | **SUBSTANTIAL ASSISTANCE** |

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to U.S.S.G. § 5K.1 and 18 U.S.C. § 3553(e) respectfully requests that the Court depart from the Sentencing Guidelines based upon the following:

1. The defendant has provided substantial assistance in the investigation of other persons who have committed violations of federal law.

2. The government will outline the defendant's cooperation at his sentencing hearing.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY
Court I.D. A5500209
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7255, ext. 3586
Fax: (954) 356-7230

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered to

to Antonio E. Marin, Esq. in open court this 26th day of November 2001.

_____
Michael J. Dittoe
Assistant United States Attorney