UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO-BENAGES

COURTROOM MINUTES

FILED by _____ D.C.
DKTG
NOV 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6088-cr-UB  Date: 11/27/01
Style: U.S.A. Vs. Alex Tosrente
Plt: (AUSA) Michael P. Hoe
Defense Counsel: Tony Marin
Reporter: W= Romanishin  Deputy Clerk: K Herlany

Status Conference/Hearing on Motion: Sentencing
70 mos BOP cty.
3 yrs S R ct.
1) Fin. Access (2) No lines of credit.

No Fine
Rest. $613,000 Fed FLES / Assessed $100.00

Calendar Call _____ Trial Set/Reset for _____

TRIAL MINUTES:  BENCH/JURY  VOIR DIRE HELD  D. 3cm - Remain.
JURY TRIAL BEGINS _____  TRIAL HELD _____  Counts
TRIAL ENDS _____
DEFENDANT: REMANDED/ACQUITTED  SENTENCE DATE _____
MISCELLANEOUS NOTES TO DOCKET CLERK:
Recommend. 1-18-02 @ 2 pm
Vol. Surrender - S.FL. facility