UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER   00cr6088 UUB

# ERROR IN DOCKETING

# PLEADING NUMBER SKIPPED

SKIPPED PLEADING NUMBER   370

DOCKET CLERK INITIALS   tb