UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by ____ D.C.
FEB 5 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA
    Plaintiff,

Case no.:00-6088Cr-Ungaro-Benages

v.

**MOTION FOR DISBURSEMENT OF BOND**

Alex Torrente
    Defendant

_____/

    Comes now the undersigned and respectfully states to this Honorable Court that the above named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by Estela Delgado in the amount of 5,000.00 plus any accrued interest be refunded to: Estela Delgado 13801 SW 109 Street Miami, Florida 33186.

_____
Petitioner

SS# 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

### ORDER

    In consideration of the foregoing motion, it is thereupon

    ORDERED that the Clerk of this Court forthwith make the above-mentioned disbursement.
    DONE AND ORDERED at Miami, Florida, this __4__ day of __Feb.__, 2002.

_____
UNITED STATES DISTRICT JUDGE

CC:   u.s. attorney
       Petitioner/Counsel of Record