MOTION UNDE.   ⌐ USC § 2255 TO VACATE, SET ASIΙ   ϽR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

**02-61787**

| *United States District Court* | District   SOUTHERN DISTRICT OF FLORIDA |
|---|---|

| Name of Movant | Prisoner No. | Case No. |
|---|---|---|
| ALEX TORRENTE | 31490-004 | 00-6088-CR-UUB |

Place of Confinement

F.D.C. MIAMI, P.O. BOX 019120, 33 N.E. 4TH STREET, MIAMI, FLORIDA 33101-9120

CIV-UNGARO-BENAGES

UNITED STATES OF AMERICA        V.        ALEX TORRENTE   MAGISTRATE JUDGE
SORRENTINO
(name under which convicted)

## MOTION

1.  Name and location of court which entered the judgment of conviction under attack ____ U.S. DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

2.  Date of judgment of conviction   NOVEMBER 30, 2002 , **ENTERED BY CLERK, DECEMBER 5, 2001.**

3.  Length of sentence        TWENTY ONE (21) MONTHS

4.  Nature of offense involved all counts)    VIOLATION OF RACKETEER INFLUENCED CORRUPT ORGANIZATION STATUTE (RICO) 18 U.S.C. 1962(D)

5.  What was your plea? (Check one)
    (a)    Not guilty      ☐
    (b)    Guilty          ☒
    (c)    Nolo contender  ☐

    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give detail: _____
    COUNT ONE ABOVE

6.  If you pleaded not guilty, what kind of trial did you have? (Check one)   N/A
    (a)    Jury        ☐
    (b)    Judge only  ☐

7.  Did you testify at the trial?        N/A
    Yes ☐    No ☐

8.  Did you appeal from the judgment of conviction?
    Yes ☐    No ☒

9.    If you did appeal, answer the follo  :

    (a)    Name of court _____**NO APPEAL**_____

    (b)    result _____

    (c)    Date of result _____

10.    Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?

Yes ☐    No **XX**

11.    If your answer to 10 was "yes, " give the following information:

**N/A**

(a)  (1) Name of court _____

       (2)  Nature of proceeding _____

                                        _____

       (3)  Grounds raised _____

                                          _____

                                          _____

                                          _____

       (4)  Did you receive an evidentiary hearing on your petition, application or motion?

           Yes ☐    No ☐

       (5)  Result _____

       (6)  Date of result _____

(b)  As to any second petition, application or motion give the same information:

       (1)  Name of court _____

       (2)  Nature of proceeding _____

                                          _____

       (3)  Grounds raised _____

                                            _____

                                          _____

                                          _____

                                          _____

(4)   Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☐

(5)   Result _____

(6)   Date of result _____

(c)   Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☐  No ☐
(2) Second petition, etc.    Yes ☐  No ☐

(d)   If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

12.   Stat concisely every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. In necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.
    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations theat you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts, The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c)  Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d)  Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e)  Conviction obtained by a violation of the privilege against self-incrimination.

(f)  Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g)  Condition obtained by a violation of the protection against double jeopardy.

(h)  Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.

(I)  Denial of effective assistance of counsel.

(j)  Denial of right of appeal.

A. Ground one: I received Ineffective Assistance at Plea and Sentencing on the "Restitution" issue. Ineffective assistance after plea can obtain §2255 relief.

Supporting FACT (state briefly without citing cases or law) The TOTAL RESTITUTION amount for me to have to pay is wrong. I agreed with my attorney that the amount which I would be responsible for was 50% OF $300,000. - $450,000. (or $225,000. Maximum) Whatever legal objections or agrgument which were not made were "prejudicial omissions", in plea, PSI objections, Sentencing and any potential reconsiderations or Appeals.

B. Ground two: I received Ineffective Assistance at Sentencing and PSI objections because my lawyer did not make the Court inquire as to my "Ability to Pay".

Supporting FACTS (state briefly without citing cases or law): The Court must inquire and investigate a defendant's "Ability to Pay" before ordering any Restitution. The Court can also look at the underlying facts which would clearly show in this matter that any of the funds received by this defendant were not totally for his use but was for "Gambling Debts - to be given to others". I knew there would be some restitution, but not this amount, I have NO ability to pay it.

C. Ground three: I received Ineffective Assistance at Sentencing when no objection and appeal was made to finding of restitution due IMMEDIATELY IN FULL.

Supporting FACTS (state briefly without citing cases or law): The Judgment states that restitution is due and payable, in full, immediately. Nothing backs that finding. I did not have the ability to pay even the $150,000. - $225,000. amount which I knew I could be held responsible for, let alone the $613,000. amount assessed and adjudicated. Any collection and schedules must be done by the Court, not probation office. There must be a hearing and I must be represented by effective counsel.

D. Ground four:  I received  Ineffective Assistance in all proceedings since the Judgment states the offense concluded 1992, which would require an **entirely different standard and statutory law and would eliminate Restitution for me, with no ability to pay, entirely.**

Supporting FACT (state briefly without citing cases or law):  I can only go by the Judgment since I am not a lawyer or learned of the law; but under the law in effect in 1992, restitution could not be ordered in this amount or manner for crimes which occurred before 1996. Possibly, an effective lawyer could constitutionally dismiss the entire restitution and invalidate the Guilty plea, if in my best interest.  Please appoint me a lawyer for this issue and **ALL** the preceeding ones.

13. If Any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: MY ATTORNEY DID NOT KNOW WHAT WAS WRONG WITH THE RESTITUTION AND DID NOT DIRECT APPEAL OR ASK TO MODIFY THE JUDGMENT IN ANY WAY.  HE DID NOT ARGUE ABOUT THE INCORRECT PSI OR AT SENTENCING HEARING OR PLEA.  EVEN THOUGH I AM GUILTY OF THE "BASIC" UNDERLYING OFFENCE, I WAS ENTITLED TO EFFECTIVE COUNSEL FOR SENTENCING AND/OR APPEAL.  AN EXTRA "DAY" OR AN "EXTRA DOLLAR" OF RESTITUTION IS "PREJUDICE".

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing ___N/A___

(b) At arraignment and plea ___ANTONIO MARIN, 2100 CORAL WAY, MIAMI, FL 33145___

(c) At trial ___N/A___

(d) At sentencing ___SAME___

6

(e) On appeal _____ N/A _____

_____    _____

(f) In any post-conviction proceeding _____ N/A _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16.    Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
       Yes ☐  No ☒X

17.    Do you have any future sentence to serve after you complete the sentence impose by the judgment under attack?
       Yes ☐  No ☒XX

       (a) If so, give name and locating of court which imposed sentence to be served in the future: _____

       _____

       (b) Give date an length of the above sentence: _____

       _____

       (c) Have you filed, or do you contempplate filing, any petition attacking the jidgment which imposed the sentence to be served in the future?
           Yes ☐  No ☐

Wherefore, movant prays that the Court grant him all relief to which he ma be entitled in this proceeding.

_____

Signature of Attorney (if any)

**ALEX TORRENTE, DEFENDANT MOVANT, PRO SE**

I declare under penalty of perjury that the foregoing is true and correct. Executed on **DECEMBER 13, 2002, Friday, and deposited in the "Prison Legal Mailbox" in Unit 6 East at FDC Miami.**

___December 13, 2002___

       (Date)

_____

Signature of Movant

**ALEX TORRENTE, REG NO. 31490-004**
**FDC Miami, B Unit East,  P.O. Box 019120**
**Miami, Fl 33101-9120**

7