00-6088-CR-UUB

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 0-2-61787CIV-UNGARO-BENAGES



FILED by _____ D.C.

APR - 2 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

ALEX TORRENTE,
    Petitioner,

vs.

UNITED STATES OF AMERICA,
    Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT

THIS CAUSE came before the Court upon Petitioner's Motion to Vacate pursuant to 28 U.S.C. § 2255, filed December 20, 2002.

THE MATTER was referred to the Honorable Charlene H. Sorrentino, United States Magistrate Judge. A Report and Recommendation ("Report") dated March 17, 2003, has been filed recommending that the Complaint be dismissed. Petitioner filed Objections ("Objs.") to the Magistrate Judge's Report on March 28, 2003. The matter is ripe for disposition.

THIS COURT has made a *de novo* review of the entire file and record herein, and is otherwise fully advised in the premises.

Petitioner objects to the Report's finding that his petition is time-barred.[1] *See* Objs. at 1. Regardless, the Magistrate Judge also correctly concluded that Petitioner's claims fail on the merits. *See* Report at 4. Petitioner fails to levy any objection to this finding contending instead that the plea

_____

[1] Petitioner also objects to "having to file these objections at this time" claiming he requested an extension to file a reply to the Government's response. Nevertheless, the issuance of the Magistrate Judge's Report rendered the requested extension moot.

agreement he voluntarily entered, requiring the payment of restitution, is burdensome. *See* Objs. at

2. While this may be the case, it is not unduly so, and Petitioner has failed to explain why he is

entitled to the requested relief.

Thus, the Court finds that, for the reasons set forth in the Magistrate Judge's Report, and for

the reasons set forth above, this cause is dismissed. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report and Recommendation of

March 17, 2003 is RATIFIED, AFFIRMED AND ADOPTED. It is further

ORDERED AND ADJUDGED that this case is DISMISSED. It is further

ORDERED AND ADJUDGED that all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of April, 2003.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
U.S. Magistrate Judge Sorrentino
Alex Torrente, *pro se*
Counsel of Record

2