PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 5105



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6088-CR-UUB</u>

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Alex Torrente

Name of Sentencing Judicial Officer: The Honorable Ursula Ungaro-Benages, U.S. District Judge

Date of Original Sentence: November 30, 2003

Original Offense: Violations of the Racketeer Influenced and Corruption Organizations Statute, in violation of Title 18, U.S. Code, Section 1962(d), a Class C felony.

Original Sentence: Twenty (20) months Bureau of Prisons followed by three (3) years supervised release. Special Conditions include the following: Credit card restrictions; complete financial disclosure and $613,000 restitution.

Type of Supervision: Supervised Release            Date Supervision Commenced: June 27, 2003

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

The defendant shall pay restitution at the rate of 10% of monthly gross earnings per month until such time as the Court may alter that payment schedule in the interest of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.

PROB 12B  SD/FL PACTS No. 5105
(SD/FL 9/96)

Name of Offender: Torrente, Alex                    Case Number: 00-6088-CR-UUB

# CAUSE

The subject is currently employed full-time earning approximately $500 a week. Subsequently, the supervised releasee has agreed to pay 10% of his monthly gross earnings per month towards restitution. The subject has agreed to the modification and has signed Probation Form 49, Waiver of Hearing.

Respectfully submitted,

by

Mark Ciolek
U.S. Probation Officer
Phone: (305) 412-2304
Date: July 11, 2003

---

THE COURT ORDERS:

[ ]  No Action
[X]  The Modification of Conditions as Noted Above
[ ]  Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

7/17/03
Date